# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2655
LT Case No. 2019-CF-00068

_____

JAMES CLIFTON CAMPBELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Lake County.
G. Richard Singeltary, Judge.

James Clifton Campbell, Century, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen Putnam, Assistant Attorney General, Daytona Beach, for Appellee.


April 9, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____